# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

### JUDGMENT IN A CIVIL CASE

SHAUN PIERCE,
Plaintiff,

v.

CASE NUMBER: 1:11-cv-1283-T

TONY PARKER, et al.,
Defendants,

**Decision by Court.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 11/28/12, the complaint is DISMISSED pursuant to 28 U.S.C. §§1915(e)(2)(B)(ii) and 1915A. Judgment shall be entered for Defendants.

It is therefore CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal in this matter by Plaintiff would not be taken in good faith and Plaintiff may not proceed on appeal in forma pauperis. For analysis under 28 U.S.C. § 1915(g) of future filings, if any, by Plaintiff, this is the first dismissal of one of his cases as frivolous or for failure to state a claim. This "strike" shall take effect, without further action by the Court, upon expiration of the time for filing a notice of appeal, the dismissal of any appeal, or the affirmation of the district court's ruling on appeal, whichever is later.

**APPROVED:**

             s/ **James D. Todd**
             JAMES D. TODD
             UNITED STATES DISTRICT JUDGE

**THOMAS M. GOULD**
**CLERK**

**BY: s/Anna Jordan**
**DEPUTY CLERK**